AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

U.S. v. Tricario

**APPEARANCE**

Case Number: 07 Mag. 860

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph A. Tricario

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2007 | *[signature]* |
| Date | Signature |
| | Douglas M. Tween — DT7920 |
| | Print Name — Bar Number |
| | Baker & McKenzie LLP, 1114 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 626-4355 — (212) 626-1655 |
| | Phone Number — Fax Number |